PROB 12C
(6/16)

Report Date:  June 18, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 22, 2026**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Curtis Allen Rapp          Case Number: 0980 2:26CR00039-TOR-1

Address of Offender: ███████████████ , Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Judith C. Herrera, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 17, 2020

Original Offense:          Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:        Prison - 15 Months          Type of Supervision: Supervised Release
                          TSR - 60 Months

Asst. U.S. Attorney:     U.S. Attorney's Office          Date Supervision Commenced: December 17, 2025

Defense Attorney:        Federal Public Defender          Date Supervision Expires: December 16, 2030

---

### PETITIONING THE COURT

To issue a summons.

On December 17, 2025, Mr.  Curtis Rapp signed his conditions relative to case number 2:26CR00039-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**:You are prohibited from viewing or possessing any material that depicts sexually explicit conduct as defined in 18 U.S.C. 2256, including images, books, writings, drawings, video games, or videos depicting actual sexual intercourse. This also includes computer or computer-generated images or pictures, whether made or produced by electronic, mechanical, or other means. Should the sex offense-specific assessment determine this factor is not a risk, then this condition shall not be enforced. |

**Supporting Evidence**: Mr. Rapp is alleged to have violated special condition number 3 on or about June 16, 2026, by possessing a paperback book titled "Fever" which contains numerous stories in print format describing sexually explicit conduct.

Specifically, on June 11, 2026, the undersigned officer received automated notification from the subject's installed monitoring software of the subject's having accessed several book descriptions online with titles such as "How to Meet and Bang a MILF", "Erotic Short Stories for Women Written by Men" and "Lesbian Sex" among others.

Prob12C
**Re: Rapp, Curtis Allen**
**June 18, 2026**
**Page 2**

On June 16, 2026, a search of the subject's residence was conducted by U.S. probation officers, in response to the concerns identified. During the search, Mr. Rapp admitted to having failed to use the tools he had learned and he admitted to ordering several books that described sexually explicit conduct, although he stated that he had not yet received the package. Mr. Rapp also admitted that he did already have one such book in his possession, and he did advise the undersigned officer of where the book could be located.

Next to Mr. Rapp's bed and in a pile of dirty laundry, a book titled "Fever" was located next to a bottler of lotion. Mr. Rapp admitted to having possessed the book for approximately the last 2 weeks and to masturbating to the contents of the book on at least one occasion. The book is described as containing "sensual stories by women writers." A brief review of the book revealed multiple stories of erotica. The book was seized by the undersigned officer.

Mr. Rapp admitted that the conduct constituted a violation of his conditions, and subsequently stated remorse and guilt. Mr. Rapp's house manager was subsequently contacted and committed to intercepting Mr. Rapp's previously ordered package, containing multiple books with titles, to include: "Lesbian Sex Secrets for Men" and "Best Lesbian Erotica of the Year Volume 1."

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     June 18, 2026
_____

s/Chris Heinen
_____

Chris Heinen
U.S. Probation Officer

---

**THE COURT ORDERS**

[ ]     No Action
[ ]     The Issuance of a Warrant
[X]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this
        petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.

_____
Signature of Judicial Officer

June 22, 2026
_____
Date